UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYNA NEVAREZ-BARCELO, et al.,
    Plaintiffs,

v.     CIVIL NO.: 98-1002 (DRD)

PEDRO TOLEDO, et al.,
    Defendants.

## ORDER

The Plaintiffs filed a Motion for Voluntary Dismissal (Docket No. 8), requesting the Court to dismiss this case without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(i). The Court **GRANTS** the Plaintiffs' motion, and therefore this case is **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

Date: August 4, 2000

P:\PEACHORD.ERS\98-1002.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 AUG -8 AM 7:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Rec'd:     EOD:

By: ___  # 9