UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYNA NEVAREZ-BARCELO, et al.,
    Plaintiffs,

v.                                       CIVIL NO.: 98-1002 (DRD)

PEDRO TOLEDO, et al.,
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ADJUDGED AND DECREED.

Date: August 4, 2000                                  DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\98-1002.DIS                      U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 AUG -8 AM 7:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:      EOD:

By:      #10